**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 02-1270**

———————————

MARSHA J. DENNIS,

Plaintiff - Appellant,

versus

NATIONAL RAILROAD PASSENGER CORPORATION
(AMTRAK),

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (CA-01-1280-A)

———————————

Submitted: May 16, 2002          Decided: May 22, 2002

———————————

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Marsha J. Dennis, Appellant Pro Se. Alan Stuart Block, GILBERG &
KIERNAN, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Marsha Dennis appeals from the district court's order granting summary judgment to the National Railroad Passenger Corporation in this civil action. We have reviewed the record and the district court's orders and find no reversible error. Dennis challenges the grant of summary judgment to Appellee on her malicious prosecution claim that asserted Appellee caused her to be arrested for trespassing. Dennis was not charged with trespassing because Appellee did not seek a warrant for trespassing. Based on these facts there can be no finding of malicious prosecution. In addition, Dennis raises issues for the first time on appeal. Because she has shown no extraordinary circumstances, we decline to consider these issues. See Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993). Finally, Dennis seeks expungement of her criminal record. Expungement of a state criminal record must be sought through the state court system.

Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED